IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ERIC PARR, | ) | CV 06-00192 SPK-BMK |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ENTERTAINMENT | ) | |
| INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendant(s). | ) | |

_____

### ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION THAT PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT BE GRANTED IN PART AND DENIED IN PART

Findings and Recommendation having been filed and served on all parties on 12/19/06, and 12/27/06, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

DATED: Honolulu, Hawaii, January 30, 2007.



_____
Samuel P. King
Senior United States District Judge

cc: all parties of record